UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAVA ANDERMAN, *et al*.

Plaintiffs

v.

REPUBLIC OF HUNGARY, *et al.*,

Defendants

Civil Action No. 01-384 (CKK)

**FILED**

NOV 1 6 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AMENDED ORDER**

Upon review of the Court's Order dated November 14, 2001, it appears that there is a clerical error in the schedule set forth for the filing of the U.S. Defendants' motion for judgment on the pleadings.[1] Accordingly, it is this _16_ day of November, 2001, hereby

**ORDERED** that the schedule set forth in the November 14, 2001, Order is AMENDED as follows:

- the U.S. Defendants shall filed their motion for judgment on the pleadings not later than January 15, 2002;

- Plaintiffs shall respond to such motion not later than January 31, 2002; and

- the U.S. Defendants shall file their reply to Plaintiffs' opposition not later than February 11, 2002.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] Specifically, the Court's previous Order mandated that the U.S. Defendants file their motion for judgment on the pleadings on January 5, 2001, rather than January 15, 2002.