UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAVA ANDERMAN, *et al.*,      ) <br>                           ) <br>     Plaintiffs,        ) <br>                           ) <br> v.                         ) <br>                           ) <br> REPUBLIC OF HUNGARY, *et al.*, ) <br>                           ) <br>     Defendants.     ) | Civil Action No. 01-0384 (CKK) <br><br> **FILED** <br> JAN 1 1 2002 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**ORDER**

Upon the unopposed joint consent motion of Plaintiffs and U.S. Defendants for relief in connection with briefing on dispositive motions, it is this __11__ day of January, 2002, hereby

**ORDERED**, that the page limits for the memorandum of the U.S. Defendants in support of their Rule 12(c) motion, and the memorandum of Plaintiffs in opposition to the motion, shall not exceed 60 pages; and it is

**FURTHER ORDERED,** that Plaintiffs' memorandum in opposition to the dispositive motions to be filed by January 15, 2002 by the U.S. Defendants and the Hungarian Defendants shall be filed and served not later than February 14, 2002; and it is

**FURTHER ORDERED** that any reply memorandum by the U.S. Defendants on their Rule 12(c) motion shall be filed and served not later than March 4, 2002.

**SO ORDERED.**

                                                      _____
                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge

Copies to:

Herbert L. Fenster

Robert L. Carter
McKENNA & CUNEO, LLP
1900 K Street, N.W.
Washington, D.C. 20006

Counsel for Plaintiffs


Carolyn B. Lamm
Francis A. Vasquez, Jr.
Nicole Erb
WHITE & CASE
601 Thirteenth Street, N.W.
Suite 600 South
Washington, DC 20005

Counsel for the Republic of Hungary and the
Hungarian Privatization and State Holding
Company


Mark N. Bravin
Thomas J. O'Brien
MORGAN, LEWIS & BOCKIUS LLP
1800 M Street, N.W.
Washington, D.C. 20036-5869

Counsel for Defendants Tenneco Automotive
Inc., Packaging Corporation of America, Madison
Dearborn Partners, and Pactiv Corporation