UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAVA ANDERMAN, *et al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>REPUBLIC OF HUNGARY, *et al.* )<br>)<br>*Defendants.* )<br>) | Civil Action No. 01-0384 (CKK)<br><br>**FILED**<br><br>FEB - 1 2002<br><br>**NANCY MAYER WHITTINGTON, CLERK**<br>**U.S. DISTRICT COURT** |

**ORDER**

Upon the unopposed motion of Plaintiffs for an enlargement of time with respect to the briefing on (1) the U.S. Defendants' Motion for Judgment on the Pleadings, (2) the Hungarian Defendants' Motion to Dismiss Under the Political Question Doctrine, the Act of State Doctrine, and on the Basis of the Foreign Sovereign Immunities Act, and (3) the Hungarian Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), it is this __1__ day of ~~January~~ *Feb*, 2002, hereby

ORDERED, that Plaintiffs' memoranda in opposition to the Rule 12 motions be filed and served not later than April 16, 2002. *No further extensions*

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Herbert L. Fenster
Robert L. Carter
McKENNA & CUNEO, L.L.P.
1900 K Street, N.W.
Washington, D.C. 20006

Attorneys for Plaintiffs


Mark N. Bravin
Don Wallace, Jr.
Thomas J. O'Brien
Yiota G. Souras
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Attorneys for Defendants Tenneco Automotive Inc.,
Packaging Corporation of America,
Madison Dearborn Partners and Pactiv Corporation


Carolyn B. Lamm
Francis A. Vasquez, Jr.
Nicole E. Erb
WHITE & CASE, LLP
Suite 600 South
601 Thirteenth Street, N.W.
Washington, DC 20005

Attorneys for the Republic of Hungary
and the Hungarian Privatization and State Holding Company

50180591 2